UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Action Number | H 07-144 |
|---|---|---|---|
| United States of America | | | |
| | *versus* | | |
| Mario Cadorette | | | |

*United States Courts Southern District of Texas FILED JUN 0 1 2007 Michael N. Milby, Clerk*

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Robert C. Blume |
|---|---|
| Firm | Gibson Dunn & Crutcher LLP |
| Street | 1801 California Street ~ #4200 |
| City & Zip | Denver, CO 80202-2641 |
| Telephone | 303-298-5758 (direct) |
| Facsimile | 303-313-2870 (direct) |
| Email | rblume@gibsondunn.com |
| State & Bar Number | State of Colorado: Bar #37130 / D.C. Bar # 470271 |
| U.S. District Court | District of Colorado / Southern District of Texas |

Seeks to appear as the attorney for this party:

| Mario Cadorette | |
|---|---|
| Date 5/31/07 | Signature |

| Order: | This attorney is admitted *pro hac vice*. |
|---|---|

Signed: _June 5_, 200_7_.

_____
United States District Judge